**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1200**

---

JUDY M. INGRAM,

Plaintiff - Appellant,

versus

WILLIAM J. HENDERSON, Postmaster General,
United States Postal Service,

Defendant - Appellee.

---

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Elizabeth V. Hallanan,
Senior District Judge.  (CA-99-108-2)

---

Submitted:  August 29, 2000        Decided:  September 11, 2000

---

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Theodore R. Dues, Jr., THEODORE R. DUES, JR., L.C., Charleston,
West Virginia, for Appellant.  Rebecca A. Betts, United States
Attorney, Michael L. Keller, Assistant United States Attorney,
Charleston, West Virginia; Thomas J. Marshall, Acting Managing
Counsel, Legal Policy, Steven F. Hirsch, UNITED STATES POSTAL SER-
VICE, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Judy M. Ingram appeals the district court's order granting summary judgment to Defendant in this action alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ingram v. Henderson, No. CA-99-108-2 (S.D.W. Va. Jan. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED